# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. SA CV 10-1600-SVW (PLA)                                    Date April 30, 2013

Title:  Bruce Senator v. Chief Probation Officer Sentman, et al.

-------------------------------------------------------------------------------------------------

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE

☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PETITIONER:            ATTORNEYS PRESENT FOR RESPONDENT:
NONE                                                        NONE

PROCEEDINGS:        (IN CHAMBERS)

On April 22, 2013, the Court granted in part petitioner's "Second Request for Additional Time to File Objections to Report and Recommendation of Magistrate Judge and Request for Certificate of Appealability [sic]," and gave him until June 21, 2013, to file said Objections.  The Court granted the Request based on petitioner's representations that his medical condition prevented him from timely filing his Objections and Request for Certificate of Appealability.

On April 25, 2013, petitioner lodged a **new** action in this Court, Case No. SA CV 13-655-UA (PLA), consisting of a nine-page complaint alleging violations of his civil rights that occurred in June, 2012, and some months thereafter.  In light of petitioner's apparently ability, **despite his medical condition**, to presently prepare legal filings, petitioner is **ordered to show cause**, no later than **May 6, 2013**, why the extension of time to file his Objections to the Report and Recommendation granted by the Court should not be **revoked**, and his Objections and Request for Certificate of Appealability be due **immediately**.

cc:    Bruce Senator, Pro Se
       David Delgado-Rucci, CAAG

Initials of Deputy Clerk____ch____