FILED
CLERK, U.S. DISTRICT COURT

12/08/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: C. Wynn DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| BRUCE RICHARD SENATOR,<br><br>   Petitioner,<br><br>  v.<br><br>STEVEN J. SENTMAN, Chief Probation Officer, et al.,<br><br>   Respondents. | No. SA CV 10-1600-SVW (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation, and petitioner's objections thereto. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.
2. Judgment shall be entered consistent with this order.
3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: December 8, 2014

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE