**FILED**
CLERK, U.S. DISTRICT COURT

12/08/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: ___C. Wynn___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| BRUCE RICHARD SENATOR, | No. SA CV 10-1600-SVW (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| STEVEN J. SENTMAN, Chief Probation Officer, <u>et al.</u>, | |
| Respondents. | |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: December 8, 2014

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE